UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARVIN ROCAEL GODINEZ GARCIA,

                    Petitioner,

v.

Jeremy CASEY, Warden, Imperial Regional Detention Center, Calexico, California; Daniel A. BRIGHTMAN, Acting Field Office Director, San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; Todd M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Sirce OWEN, Acting Director for Executive Office for Immigration Review; Kristi NOEM, Secretary, U.S. Department of Homeland Security; Pam BONDI, Attorney General of the United States,

                    Respondents.

Case No.: 26-cv-187-JES-DEB

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 8 U.S.C. § 2241**

**[ECF No. 1]**

Before the Court is Petitioner Marvin Rocael Godinez Garcia's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, which was filed on January 13, 2026. ECF No. 1. Pursuant to the Court's Order to Show Cause, Respondents filed a Response to the Petition. ECF No. 4.

1

Respondents acknowledged that Petitioner must be considered detained under 8 U.S.C. § 1226(a), pursuant to the final judgment entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025). Accordingly, the Court **GRANTS** the Petition as follows:

(1) The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing, under 8 U.S.C. § 1226(a), within **seven days** of this Order. At the hearing, Respondents may not deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2).

(2) If Respondents fail to provide Petitioner a bond hearing within the specified time period or pursuant to 8 U.S.C. § 1226(a), the Court **ORDERS** Petitioner's immediate release;

(3) Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond redetermination hearing, including apprising the Court of the results of the hearing; and

(4) The Clerk of Court is **DIRECTED** to **CLOSE** the suit after receipt of Respondents' Notice.

**IT IS SO ORDERED.**

Dated: January 22, 2026

Honorable James E. Simmons Jr.
United States District Judge

26-cv-187-JES-DEB